IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SHERZAD JABBARY, | ) | Civil No. 08-0050 |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, Attorney General of the United States, et al, | ) ) | |
| | ) | |
| Respondents. | ) ) | |

Based upon the Order entered this date granting Defendants' Motion to Dismiss, this action is DISMISSED with prejudice.

DATED this 13th day of June, 2008.

                                              /s/ John Jelderks
                                              John Jelderks
                                              U.S. Magistrate Judge

Judgment